No. 76–265.  MASSACHUSETTS ET AL. *v.* FEENEY.  Appeal from D. C. Mass.  Motion of John R. Buckley, Secretary of Administration and Finance of Massachusetts, for leave to file a brief as *amicus curiae* granted.  Judgment vacated and case remanded for further consideration in light of *Washington* v. *Davis,* 426 U. S. 229 (1976).  MR. JUSTICE BRENNAN, MR. JUSTICE MARSHALL, and MR. JUSTICE POWELL would note probable jurisdiction and set case for oral argument.  ■

No. 77–292.  UNITED STATES POSTAL SERVICE *v.* ASSOCIATED THIRD CLASS MAIL USERS.  C. A. D. C. Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of the March 1977 amended provisions of the Board of Governors' internal operating procedures.

No. A–192 (76–6528).  BURKS *v.* UNITED STATES.  C. A. 6th Cir.  Application for bail, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. D–69.  IN RE DISBARMENT OF LUNDY.  Disbarment entered.  [For earlier order herein, see 429 U. S. 936.]

No. D–81.  IN RE DISBARMENT OF DARROW.  Disbarment entered.  [For earlier order herein, see 429 U. S. 954.]

No. D–101.  IN RE DISBARMENT OF WALKER.  Disbarment entered.  [For earlier order herein, see 430 U. S. 981.]

No. D–103.  IN RE DISBARMENT OF CLAY.  Disbarment entered.  [For earlier order herein, see 430 U. S. 981.]

No. D–106.  IN RE DISBARMENT OF ABBOTT.  Disbarment entered.  [For earlier order herein, see 431 U. S. 912.]